IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL GRAGG,

        Petitioner,

v.                                                                Case No.  5D18-797

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed April 20, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael Gragg, Monticello, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 12, 2017 order denying Petitioner's pro se motion for post-conviction relief, filed in Case No. 2012-CF-32584-A in the Eighteenth Judicial Circuit Court in and for Brevard County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

WALLIS, LAMBERT and EDWARDS, JJ., concur.